IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KAREN WARE                                                                                     PLAINTIFF

V.                                              NO: 4:04CV01014

LITTLE ROCK SCHOOL DISTRICT                                          DEFENDANT

## ORDER

Pending is Plaintiff's motion to re-open the record. (Docket # 38). For good cause shown, the motion is GRANTED. The parties may file post trial motions with supporting evidence addressing the timeliness of Plaintiff's EEOC charge on or before March 9, 2007.

IT IS SO ORDERED this 23rd day of February, 2007.

James M. Moody
United States District Judge