# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

KAREN WARE                                                               PLAINTIFF

V.                             NO: 4:04CV01014

LITTLE ROCK SCHOOL DISTRICT                                              DEFENDANT

## JUDGMENT

Pursuant to the Findings of Fact and Conclusions of Law entered on this date:

IT IS CONSIDERED, ORDERED AND ADJUDGED that Plaintiff, Karen Ware have and recover of and from the Defendant, Little Rock School District, the sum of $10,148.28, ten thousand, one hundred and forty eight dollars and twenty eight cents, together with interest from this date until the date paid at the rate of 4.93% per annum.

Dated this 26th day of April, 2007.

_____
James M. Moody
United States District Judge